IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | |
|---|---|
| JESSE ADAM BRUMLEY | § |
| VS. | § CIVIL ACTION NO. 9:12cv69 |
| DIRECTOR, TDCJ-CID | § |

MEMORANDUM OPINION REGARDING VENUE

Petitioner Jesse Adam Brumley, an inmate confined in the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

In 2007, petitioner was convicted of a criminal offense in the 252nd District Court of Jefferson County, Texas. He was sentenced to 10 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Jefferson County, Texas. Pursuant to 28 U.S.C. § 124, Jefferson County is in the Eastern District of Texas. However, Jefferson County is located in the Beaumont Division, rather than the Lufkin Division. As all records and witnesses involving this action may be located in the Beaumont Division of this court, the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the Beaumont Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this 21st day of June, 2012.

_____
Zack Hawthorn
United States Magistrate Judge